October 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

**WILLIAM H. POFF AND JULIA A. POFF, Appellants**

NO. 14-16-00824-CV                     V.

**JUAN CARLOS GUZMAN AND CYPRESS FOUR PROPERTY VENTURES, LLC, Appellees**

_____

This cause, an appeal from the judgment in favor of appellees, Juan Carlos Guzman and Cypress Four Property Ventures, LLC, signed October 11, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.